1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11  FRANK A. RUST,              )  NO. ED CV 15-696-PA(E)
                                )
12               Petitioner,    )
                                )
13        v.                    )         JUDGMENT
                                )
14  TIM PEREZ, Warden,          )
                                )
15               Respondent.    )
                                )
16  _____)
17
18        Pursuant to the "Order of Dismissal,"
19
20        IT IS ADJUDGED that the Petition is denied and dismissed
21  without prejudice.
22
23        DATED:  ___July 30_____, 2015.
24
25
26
27                          PERCY ANDERSON
                    UNITED STATES DISTRICT JUDGE
28